# First District Court of Appeal
## State of Florida

_____

No. 1D22-1824
_____

Glenn Lavern Sullivan,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

September 29, 2022

Per Curiam.

Affirmed.

Lewis, Makar, and Bilbrey, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Glenn Lavern Sullivan, pro se, Appellant.

Ashley Moody, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.